IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2021 MAZDA 3 SEDAN, VIN 3MZBPBCL3MM214826,

        Defendant.

---

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

---

The United States of America, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

### JURISDICTION AND VENUE

1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801 et seq. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and some of the acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

3. Defendant property is more fully described as:

    a. One 2021 Mazda 3 Sedan, VIN #3MZBPBCL3MM214826,

1

(hereinafter, "defendant Mazda") seized on November 26, 2024, at Long Horn Steakhouse Parking Lot, 100 East 120th Avenue, #A, Northglenn, Colorado, currently being held by the United States Marshals Service, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation, and the observations and investigations as fellow law enforcement officers as reported to me.

## OVERVIEW OF CRIMINAL ACTIVITY

5. In February 2023, the Drug Enforcement Administration ("DEA") began an investigation into the illegal drug trafficking activities of the Hector Ivan Hernandez-Chavez.

6. The investigation revealed that Hector Ivan Hernandez-Chavez engaged in the distribution of cocaine.

### Initial Investigation

7. In November 2024, a Confidential Source ("CS") reported to TFO Bowman that Hector Ivan Hernandez-Chavez was in communication with the CS and that Hector Ivan Hernandez-Chavez was willing to sell the CS multiple kilograms of cocaine. TFO Bowman directed the CS to ask Hector Ivan Hernandez-Chavez if he would be willing to sell the CS five kilograms of cocaine. The CS reported Hector Ivan Hernandez-Chavez agreed to sell the CS five kilograms of cocaine and further reported that the CS told Hector Ivan Hernandez-Chavez that they could complete two separate transactions instead of all five kilograms in one transaction.

8.      On November 26, 2024, the CS reported he/she was communicating with Hector Ivan Hernandez-Chavez via telephone and that Hector Ivan Hernandez-Chavez agreed to sell the CS five kilograms of cocaine on the same day. On that same day, at approximately 6:30 p.m., SA Eric McDonald and TFO Matthew Bowman met with the CS to brief the CS about the buy-bust operation involving Hector Ivan Hernandez-Chavez.

9.      The CS began communicating via Snapchat with whom the CS reported was Hector Ivan Hernandez-Chavez. Investigators witnessed the CS text back and forth with Hector Ivan Hernandez-Chavez in Spanish, on Snapchat. During text communications, the CS reported that Hector Ivan Hernandez-Chavez agreed to meet with the CS in the area of 120th Avenue and Interstate 25.  Further the CS reported Hector Ivan Hernandez-Chavez asked the CS about the customer for the cocaine and if it was someone the CS trusted, the CS affirmed.

10.     During this time, the CS' person as well as the CS' vehicle were searched and no contraband was located. At approximately 7:45 p.m., the CS parked in a parking space at the Delta Hotel and remained in his/her vehicle.  At approximately 7:47 p.m., the CS contacted TFO Bowman and reported that Hector Ivan Hernandez-Chavez told the CS that he was on his way to the Delta Hotel and that his estimated time of arrival was seven minutes.

11.     At approximately 8:00 p.m., Hector Ivan Hernandez-Chavez arrived at the Delta Hotel in a red Mazda bearing Colorado license plate ATYY18, circled the lot, and parked near the CS. The CS got out of his/her car and entered Hector Ivan Hernandez-Chavez' car.  The CS and Hector Ivan Hernandez-Chavez had a conversation in

Spanish. Minutes later, the CS exited the Mazda sedan, entered his/her vehicle and departed the area and traveled back to the predetermined meet location, escorted by investigators.

12. At the same time as the CS, Hector Ivan Hernandez-Chavez also exited the hotel parking lot in his red Mazda. Hector Ivan Hernandez-Chavez drove to Long Horn Steakhouse and parked in a nearby spot. A few minutes later DEA investigators initiated an arrest and placed Hector Ivan Hernandez-Chavez under arrest without incident.

13. During the search of the red Mazda, there was a bag on the back seat which contained a handgun, serial number 51HZP05950, and Hector Ivan Hernandez-Chavez's passport. The handgun had rounds in the magazine with no round in the chamber. Some other items in the car were two boxes of bullets, paperwork containing Hernandez-Chavez name, vehicle registration paperwork for the Mazda in Hector Ivan Hernandez-Chavez' name, and Federal Credit Union receipts in Hector Ivan Hernandez-Chavez' name.

14. At the predetermined location, SA McDonald and TFO Bowman retrieved a silver and green-colored shopping-style bag from the front seat of the CS' car. Located within this bag were two brick-shaped objects wrapped in black and clear plastic wrapping, field tested presumptive positive for cocaine (two kilograms of cocaine, more specifically weighed 2260 grams).

15. The CS stated he/she entered the Mazda sedan, which was driven by Hector Ivan Hernandez-Chavez. The CS stated he/she asked Hector Ivan Hernandez-Chavez how many kilograms of cocaine he brought, Hector Ivan Hernandez-Chavez told

the CS he only brought the two and proceeded to give the CS aforementioned kilograms of suspected cocaine.

16. The CS stated that Hector Ivan Hernandez-Chavez told the CS everything else was currently at his residence and told the CS he could just go and come back real quick to retrieve the other three kilograms of cocaine.

17. The CS stated that he told Hector Ivan Hernandez-Chavez to wait until the CS came back with the money for the two kilograms of cocaine before retrieving the other three kilograms.

## Criminal Case

18. On November 26, 2024, Hector Ivan Hernandez-Chavez was charged in Criminal Case number 2024CR3702, Adams County District Court.

19. On July 23, 2025, an Arraignment was held for Hector Ivan Hernandez-Chavez, and he failed to appear. On August 6, 2025, the warrant was canceled, and a Warrant was reissued as a Failure to Appear. A review is set for November 28, 2025.

20. Hector Ivan Hernandez-Chavez is no longer in custody.

## Defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826

21. A review of records for the defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826 show that Hector Ivan Hernandez Chavez, 11729 Saint Paul Street, Thornton, Colorado 80233 is the registered owner of the vehicle, plate number ATYY18, the vehicle is unencumbered.

22. Hector Ivan Hernandez-Chavez purchased the defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826 on November 15, 2022.

## Conclusion

23. Based on the above, there is reasonable cause to believe that defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826 is Hector Ivan Hernandez Chavez's vehicle and that it was used or intended to be used facilitate the sale of cocaine in violation of 21 U.S.C. § 801 *et seq*. Therefore, defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

## VERIFICATION OF JAY BELLICH, SA, DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent, Jay Bellich, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true to the best of my knowledge.

*s/ Jay Bellich*
Jay Bellich
Special Agent – DEA

## FIRST CLAIM FOR RELIEF

24. The Plaintiff repeats and incorporates by reference the paragraphs above.

25. By the foregoing and other acts, defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826 constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the commission of violations of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant 2021 Mazda 3 Sedan, VIN 3MZBPBCL3MM214826 in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 24th day of November 2025.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: s/ Kurt J. Bohn
Kurt J. Bohn
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404
E-mail: kurt.bohn@usdoj.gov
*Attorney for Plaintiff*